IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TINA DIANE WINDHAM, *pro se*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-00025-WS-N |
| ) | |
| CITY OF FAIRHOPE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 6, 2014, the undersigned United States Magistrate Judge was contacted by Plaintiff Windham during her deposition of Defendant Bill Press, concerning his refusal to answer certain of her questions. A telephone conference was then conducted, during which the undersigned heard from the plaintiff and counsel for the defendants and sustained counsel's objection on the grounds of relevance. (*See* 2/6/2014 minute entry.) During that telephone conference, the plaintiff was also instructed that, should she find it necessary, she could, within seven days, file a motion requesting that the Court reconsider the ruling. The plaintiff's letter to the undersigned (Doc. 61) appears to be such a motion. Accordingly, the defendants are **ORDERED** to file a response to the motion no later than **February 21, 2014**, and this matter will then be taken under consideration.

**DONE** and **ORDERED** this the 14th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　 */s/ Katherine P. Nelson*
　　　　　　　　　　　　　　　　　　　　**KATHERINE P. NELSON**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**