# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TINA DIANE WINDHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:13-cv-25 |
| ) | |
| CITY OF FAIRHOPE, ) | |
| ALABAMA; TRENT SCOTT; ) | |
| DAMIAN REHORN; ) | |
| BILL PRESS; FRANK KOSTYRA;) | |
| ANITA MCVAY KOTYRA ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

COME NOW the Defendants City of Fairhope, Alabama, Trent Scott, Damian Rehorn, and Bill Press, and pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, and hereby move this Honorable Court to enter Summary Judgment in their favor on all remaining counts in the Complaint as a matter of law, on the grounds that there is no genuine issue of material fact, and that the Defendants are entitled to Summary Judgment as a matter of law.

In support of this Motion for Summary Judgment, Defendants submit the following evidence:

1.  The Statement of Undisputed Facts contained in the Brief in Support of Motion for Summary Judgment filed contemporaneously herewith.

1

2.      The Evidentiary Submission in Support of the Motion for Summary Judgment filed contemporaneously herewith.

3.      The Pleadings submitted in this case.

WHEREFORE, THE PREMISES CONSIDERED, the Defendants respectfully request, pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, that Summary Judgment be entered in their favor on all counts as a matter of law and against Plaintiff.

Respectfully submitted this 11th day of March, 2014.

*s/D. Kirby Howard, Jr.*
D. KIRBY HOWARD, JR. (HOWAD3177)
C. WINSTON SHEEHAN, JR.
EMILY C. MARKS
Attorneys for Defendants City of Fairhope, Alabama, Trent Scott, Damian Rehorn and Bill Press

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
RSA Trustmark Building
107 St. Francis, Street, Suite 1590
P.O. Box 2648
Mobile, AL  36652
Telephone:  (251) 338-2721
Facsimile:   (251) 338-2722
khoward@ball-ball.com

Ball, Ball, Matthews & Novak, P.A.
RSA Dexter Avenue Building
446 Dexter Avenue, Suite 9045
P.O. Box 2148
Montgomery, Alabama 36102-2148
Telephone:  (334) 387-7680
Facsimile:   (334) 387-3222
wsheehan@ball-ball.com
emarks@ball-ball.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2014, I filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the all registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Tina Windham, Pro Se
4261 Vega Drive
Mobile, AL  36693

        *s/D. Kirby Howard, Jr.*
        OF COUNSEL