IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TINA DIANE WINDHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 13-0025-WS-N |
| CITY OF FAIRHOPE, ALABAMA, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting defendants' Motion for Summary Judgment (doc. 76) and denying plaintiff's Motion for Partial Summary Judgment (doc. 71), it is **ordered, adjudged and decreed** that plaintiff have and take nothing, and that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 14th day of May, 2014.

                                         s/ WILLIAM H. STEELE
                                       CHIEF UNITED STATES DISTRICT JUDGE