IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TINA DIANE WINDHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 13-0025-WS-N |
| | ) | |
| CITY OF FAIRHOPE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the Motion for Leave to Supplement and Refile Defendants' Motion to Tax Costs (doc. 93) filed by defendants City of Fairhope, Alabama, Trent Scott, Damian Rehorn, and Bill Press (collectively, the "Fairhope Defendants").

On June 2, 2014, this Court entered an Order (doc. 92) denying the Fairhope Defendants' Motion to Tax Costs (doc. 90) for noncompliance with Local Rule 54.1(a). The Fairhope Defendants now seek to refile their Motion to Tax Costs with a verified Bill of Costs appended thereto. This Motion for Leave to Supplement and Refile is **granted in part, and denied in part**. Pursuant to Local Rule 54.1(a) and long-entrenched local practice, it is unnecessary for movants to file a "Motion to Tax Costs" at all; rather, the proper procedure is simply to file a verified Bill of Costs on the proper form, which the Clerk of Court will process pursuant to Local Rule 54.1(b). If movants desire further relief after the Clerk of Court taxes costs under Local Rule 54.1(b), their remedy at that time is to file a Motion Re-Tax Costs pursuant to Local Rule 54.1(c). Accordingly, the Motion for Leave to Supplement and Refile is **granted** insofar as the Fairhope Defendants wish to file a verified Bill of Costs, and they are hereby authorized to file such a document on or before **June 10, 2014**. The Motion for Leave to Supplement and Refile is **denied** insofar as the Fairhope Defendants wish to refile their Motion to Tax Costs because no such motion is necessary or appropriate under the Local Rules at this juncture.

DONE and ORDERED this 4th day of June, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE